```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 44507
    ROSIE HENRY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-2255


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 12/02/2004 and was confirmed 01/27/2005.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  10.00%.

       The case was dismissed after confirmation 08/30/2007.
------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
  CITY OF CHICAGO WATER DE SECURED              702.93          .00         596.10
  COOK COUNTY TREASURER    SECURED             1206.75          .00        1037.51
  HOUSEHOLD FINANCIAL SERV CURRENT MORTG          .00           .00            .00
  HOUSEHOLD FINANCIAL SERV MORTGAGE ARRE       5970.41          .00        5970.41
  INTERNAL REVENUE SERVICE PRIORITY         NOT FILED           .00            .00
  INTERNAL REVENUE SERVICE PRIORITY         NOT FILED           .00            .00
  ADT                      UNSECURED        NOT FILED           .00            .00
  CAPITAL ONE BANK         UNSECURED        NOT FILED           .00            .00
  CAPITAL ONE BANK         UNSECURED        NOT FILED           .00            .00
  CAPITAL ONE BANK         UNSECURED        NOT FILED           .00            .00
  AT & T WIRELESS          UNSECURED        NOT FILED           .00            .00
  ILLINOIS DEPT OD REVENUE UNSECURED        NOT FILED           .00            .00
  COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00            .00
  GC SERVICES              UNSECURED        NOT FILED           .00            .00
  GC SERVICES DATA CONTROL UNSECURED        NOT FILED           .00            .00
  GROLLER BOOKS            UNSECURED        NOT FILED           .00            .00
  ILLINOIS DEPT OF EMPLOYM UNSECURED        NOT FILED           .00            .00
  OSI COLLECTION SERVICES  UNSECURED        NOT FILED           .00            .00
  PEOPLES GAS LIGHT & COKE UNSECURED              .00           .00            .00
  TCF FINANCIAL SERVICES I UNSECURED        NOT FILED           .00            .00
  ROBERT J SEMRAD & ASSOC  REIMBURSEMENT     205.20             .00         205.20
  AT & T BANKRUPCTY        UNSECURED        1227.95             .00            .00
  CITY OF CHICAGO WATER DE SECURED                .00           .00            .00
  ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,800.00                        2,800.00
  TOM VAUGHN               TRUSTEE                                           600.78
  DEBTOR REFUND            REFUND                                               .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
  TRUSTEE                   11,210.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 44507 ROSIE HENRY
```

```
PRIORITY                                                    205.20
SECURED                                                   7,604.02
UNSECURED                                                      .00
ADMINISTRATIVE                                            2,800.00
TRUSTEE COMPENSATION                                        600.78
DEBTOR REFUND                                                  .00
                                    ---------------   ---------------
TOTALS                                    11,210.00         11,210.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/05/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                           PAGE   2
         CASE NO. 04 B 44507 ROSIE HENRY